UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY   RICHARD J. PERR, ESQUIRE
       GRAEME E. HOGAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com; ghogan@kdvlaw.com
Attorneys for Defendant F. H. CANN & ASSOCIATES, INC.

_____

| | | |
|---|---|---|
| JONATHAN O. DAYE, on behalf of himself and those similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. |
| F.H. CANN & ASSOCIATES, INC. and JOHN DOES 1 to 10, | : : : | |
| Defendants. | : : | |

_____:

**NOTICE OF REMOVAL**

Defendant F.H. CANN & ASSOCIATES, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. F.H. CANN & ASSOCIATES, INC. is a defendant in an action pending in the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-463-22 ("the State Court Action"). A true and correct copy of the

1

Summons and Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is JOANTHAN O. DAYE ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*., Defendant may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after Defendant was served with the Complaint on or about January 31, 2022 in the State Court Action.

8. Defendant attaches to this Notice of Removal a copy of all process, pleadings, and other documents filed in the State Court Action hereto as follows:

    a. Exhibit A – Summons and Complaint, filed on January 21, 2022; and

    b. Exhibit B – Superior Court –Essex County, New Jersey Docket ESX-L-463-22.

9. Defendant is serving contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff. Defendant will also file with the Superior Court of New Jersey, Law Division, Essex County, a Notice of Removal, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant F.H. CANN & ASSOCIATES, INC., prays that the State Court Action be removed from the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-463-22, to this Court for proper and just determination.

                        **KAUFMAN DOLOWICH & VOLUCK, LLP**

By:    */s/*    Richard J. Perr
       RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       Four Penn Center
       1600 John F. Kennedy Blvd., Suite 1030
       Philadelphia, PA 19103
       Telephone: (215) 501-7002
       Facsimile: (215) 405-2973
       rperr@kdvlaw.com; mlittman@kdvlaw.com
       Attorneys for Defendant Simon's Agency, Inc.

Dated: February 25, 2022

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing via first class mail, postage prepaid, and email on the following:

Yongmoon Kim, Esquire
Kim Law Firm LLC
411 Hackensack Avenue, Suite 701
Hackensack, NJ  07601
ykim@kimlf.com
Attorney for Plaintiff

        /s/ Richard J. Perr
        RICHARD J. PERR

Dated: February 25, 2022
4864-2228-9676, v. 1