Yongmoon Kim
ykim@kimlf.com
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117
*Attorneys for Plaintiff Jonathan O. Daye*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JONATHAN O. DAYE, *on behalf of himself and those similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>F.H. CANN & ASSOCIATES, INC.; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No.<br>2:22-cv-01024-JMV-JBC<br><br>**DECLARATION OF YONGMOON KIM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

YONGMOON KIM, of full age, hereby declares and states:

1. I am an Attorney-at-Law of the State of New Jersey, representing Plaintiff, Jonathan O. Daye. As such, I have personal knowledge of the facts stated herein.

2. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

3. Attached hereto as **Exhibit A** and incorporated herein is a true copy of Order granting partial summary judgment in *Smith v. Datla*, MER-L-1527-15 (N.J. Super. Law Div. Feb. 7, 2019).

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                                     KIM LAW FIRM LLC

                                                    *s/Yongmoon Kim*
                                                    Yongmoon Kim
                                                    411 Hackensack Avenue, Suite 701
                                                    Hackensack, New Jersey 07601
                                                    Tel. & Fax: 201-273-7117
                                                    ykim@kimlf.com

Dated: May 2, 2022

# EXHIBIT A

*Daye v. F.H. Cann & Associates, Inc., et al.*
Civil Action No. 2:22-cv-01024-JMV-JBC

```
SZAFERMAN, LAKIND, BLUMSTEIN
& BLADER, P.C.
By: Keith L. Hovey, Esq., NJAID# 029202004
A Professional Corporation
Quakerbridge Executive Center
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609)275-0400, FACSIMILE (609)275-4511
ATTORNEYS FOR PLAINTIFF, JOHN SMITH (A Fictitious Designation)
```

| | |
|---|---|
| JOHN SMITH (A Fictitious Designation),<br><br>Plaintiff,<br><br>vs.<br><br>ARVIND R. DATLA, M.D., CONSULTANTS IN KIDNEY DISEASES, PA, ABC 1-20 (one or more fictitious corporations), DEF COMPANY 1-20 (one or more fictitious companies), JOHN and/or JANE DOE 1-20 (names being fictitious),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - MERCER COUNTY<br><br>DOCKET NO.: MER-L-001527-15<br><br>Civil Action<br><br>**ORDER** |

This matter having been opened to the Court by the Plaintiff, John Smith (A Fictitious Designation), through his Attorneys, Szaferman, Lakind, Blumstein & Blader, P.C., by Keith L. Hovey, Esquire, and these moving papers having been served to Datla Defendants, through their attorney Mark A. Petraske, Esq., of the Law Offices of Buckley Theroux Kline & Petraske, LLC, and the Court having reviewed the moving papers and opposition, if any, in this matter and good cause having been shown;

**IT IS** on this __14__ day of December, 2018;

1

2801449.1

ORDERED that partial summary judgment is hereby granted on behalf of Plaintiff, John Smith, for the reasons stated on the record,

IT IS FURTHER ORDERED that Plaintiff, John Smith, is entitled to judgement as to liability against Defendants Consultants in Kidney Disease, P.A., and Arvind R. Datla, M.D., as to the following: Count One for Invasion of Privacy; Count Two for Medical Malpractice; and Count Three for Violation of New Jersey's AIDS Assistance Act, N.J.S.A. 26:5C-1, et seq.

IT IS FURTHER ORDERED that Plaintiff, John Smith, is entitled to reasonable attorney's fees and costs for violation of New Jersey's AIDS Assistance Act, N.J.S.A. 26:5C-1, et seq., and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel by electronic filing upon entry by the Court.

_____
Hon. Ronald Susswein, J.S.C.

__✓__ Opposed

_____ Unopposed

2801449.1