## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN O. DAYE, *on behalf of himself and those similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>F.H. CANN & ASSOCIATES, INC.; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No.<br>2:22-cv-01024-JMV-JBC<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 2nd day of May 2022, I caused a true and correct copy of Plaintiff's Opposition to Defendant's Motion to Dismiss to be served on this date via the Court's CM/ECF system upon:

Richard J. Perr, Esq.
Two Logan Square
100 North 18th Street, Suite 701
Philadelphia, Pennsylvania 19103
*Attorneys for Defendant F.H. Cann & Associates, Inc.*

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim, Esq.

DATED: May 2, 2022