# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN O. DAYE, on behalf of himself and those similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>F.H. CANN & ASSOCIATES, INC. and JOHN DOES 1 to 10,<br><br>*Defendants*. | Civil Action No. 2:22-cv-01024-JMV-JBC<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter was removed to this Court by Defendant, F.H. Cann & Associates, Inc., D.E. 1, after initially being filed by Plaintiff in the Superior Court of New Jersey, Essex County; and it

**APPEARING** that the Court ordered Defendant to file a submission establishing that the Court has subject matter jurisdiction by September 26, 2022, D.E. 15; and it further

**APPEARING** that in lieu of establishing subject matter jurisdiction, Defendant requested that this action be remanded to the Superior Court of New Jersey, D.E. 17; and it further

**APPEARING** that Plaintiff consents to the remand.

Therefore, for the foregoing reasons, and for good cause shown,

IT IS on this 30th day of September 2022,

**ORDERED** that the matter is **REMANDED** to the Superior Court of New Jersey, Essex County, Law Division; and it is further

**ORDERED** that Defendant's motion to dismiss, D.E. 5, is **DENIED without prejudice**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.